UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:15 CR 72–4 |
| | ) | Hon. Marvin E. Aspen |
| DAUNTE LAMONTE LILLARD, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

MARVIN E. ASPEN, District Judge:

We have reviewed the government's unopposed motion requesting an extension of time for the government and Defendant Daunte Lamonte Lillard to file sentencing materials. (Dkt. No. 484.) The government's motion is hereby granted. The parties shall file all sentencing documents on or before November 6, 2017. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: November 2, 2017
Chicago, Illinois